IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>        Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>DERRICK BASS,    )<br>    )<br>        Defendant.    ) | Case No. 8:08CR-274<br><br>ORDER |

This matter is before the court on government's oral motion for determination of competency pursuant to 18 U.S.C. § 4241. The motion was heard on July 17, 2008, following the initial appearance on the Indictment. Appearing at the hearing were the defendant, his counsel, Andrew Hilger, and Assistant U. S. Attorney Douglas R. Semisch.

During the hearing, Mr. Semisch made representations to the court that the defendant's competency to stand trial was in question. The defendant had no objection to the motion. For good cause shown, the motion for a determination of competency will be granted.

**IT IS ORDERED:**

1. Defendant's motion for a determination of competency is granted.

2. Pursuant to 18 U.S.C. § 4241, defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3.	A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

4.	Upon receipt by the court and counsel of the examination reports, a hearing will be promptly scheduled by the court to determine the competency of the defendant.

Dated this 17th day of July 2008.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge