IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR274 |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK BASS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On July 17, 2008 the court entered an Order [#18], directing that the defendant be committed to the custody of the Attorney General for placement in a suitable facility for an examination to determine defendant's competency.

The court has now received correspondence dated August 26, 2008 from the warden of the Federal Bureau of Prisons in Littleton, Colorado, requesting the evaluation period be extended to October 2, 2008.

After review and consultation with counsel, the court finds the request should be granted.

**IT IS ORDERED:**

1. The period of treatment and evaluation of the defendant shall be extended to **October 2, 2008**.

2. An updated evaluation report shall be submitted to the court by **October 16, 2008.**

Dated this 10th day of September 2008.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge