IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR274 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DERRICK BASS, | ) | |
| | ) | |
| Defendant. | ) | |

     A telephonic conference was held on Wednesday, November 19, 2008 with counsel for the government Douglas R. Semisch and counsel for the defendant Andrew J. Hilger regarding defendant's oral motion for leave to obtain a second opinion and have the defendant evaluated locally.  The court deems defendant's oral motion to be a motion to continue competency hearing.   Defendant's oral motion is granted.  Counsel for the defendant shall inform the court in writing when he is ready to proceed with the issue of competency.

     IT IS SO ORDERED.

     DATED this 19th day of November, 2008.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge